UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

La'keya Keo
651 Allbright Ave
York, PA 17404

(Enter above the full name of plaintiff in this action)

CIVIL CASE NO: 1:24-CV-1789
(to be supplied by Clerk of the District Court)

v.

Wellspan York Hospital
1001 S. George St.
York, PA 17401

(Enter above the full name of the defendant(s) in this action)

FILED
HARRISBURG
OCT 18 2024
PER  MA
DEPUTY CLERK

COMPLAINT

1. The plaintiff La'keya Keo a citizen of the County of York State of Pennsylvania, residing at 651 Allbright Ave wishes to file a complaint under _____
(give Title No. etc.)

2. The defendant is Wellspan Health York hospital York, PA 1001 S. George St.

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) On 02/19/24

3. (CONTINUED) I was 302 illegally and forced to york hospital by police they told me that they found a shelter for me to go to on 02/20/24 at noon "Bell Family Shelter" that never happened. I was lowered while there and the nurse's and Doctor did not establish a relationship with me at all and did not meet my standard care needs. I called 911 because I was homeless and I could not stay at my daughter's house no longer that was it. I woke up on the 20th they never told me anything they forced me to go with EMS

4. WHEREFORE, plaintiff prays that Allah will bless me with my claim of relief in the amount of $2.5 billion - $15.4 Billion American US dollars. I suffered large losses and the lost my Nike Coat and Items that was in my pockets. I deserve immediate relief. Amen.

(Signature of Plaintiff)

3. Continued -

Forced me on multiple medications that I did not need. They diagnos me wrong to hold me in there facility for a long period of time. 02/20/2024 to 10/03/2024 then they force me to go to Merakey Extended Acute Care facility. Dr. Ebong and Kayla Linsey caseworker denied me to go to any shelter's besides york. Dr. Ebong force me to take over five diffrent mood stable med's and if I refuse to take them oral she ordered the nursing staff to IM injection me which they was restraining me forcing meds inside of my body. They stated they was following the Mental Health care act. They scratch my left hand all up for the rest of my life and they black and blued my right lower extremity which I showed the CEO Ryan of Lancaster Behavioral Health

They ignored everything and the abuse continued. I have about 50 or more complaints filed out. They denied everything and left me sit in the abuse. The court hearings are wrong. I didn't get to say a word in my defense at all. They have you in a room and the Doctor and Judge, Nurse attorney representing you on a screen and the attorney never came in to the hospital nor called me until the court hearing did I see this man. They all communicate about the case and you do not get to talk they just continued to order me more time there and what half of what Dr. Ebong was stating about me was false. Everytime I turn around she just kept ordering a new medication for me to be on. I told them NO, stop forcing me. IF I get upset they force me to take meds. I was suffering badly there.

I continued to ask them to drop my level down to a 201 so I may sign myself out. I was homeless is why police took me to York hospital on 02/19/24 the next morning the nursing staff come into my room at York hospital and stated get your things together EMS is here for you. York hospital never told me I was 302 by my daughter but my daughter was not at her home with me to 302 me. There was no psycho behavior at all. My daughter just stated I could not stay there at her house any longer I am the one who called 911 for shelter. There was no need at all for a 302 commit. They entered and stated false information about me. They never told me they was taking me to Lancaster Behavioral Health Hospital until they forced me on the strecher. I have notified my insurance company UPMC and filed complaints with the I am still awaiting to hear back from them I had two hearing with UPMC already.

I told upmc the truth. They stated that they could of done better. I had ask them to pay for my hotel stay please do not rape me of my freedom like this I have done nothing wrong they illegally 302 me and they was abusing the hell out of me in Lancester Behavioral Health Hospital and they are trying to keep me high on psych drugs that effecting my body mind. I was telling them about the horrible side affects they just entered another medication to help with the side effects. My rights was denied in this hospital and I am a mother of 3 children to minor son fighting to get home to them and the did not care they held me in there 8 months. The cyber Crimes followed me there so I suffered badly internal

I am located at MeraVey Extended Acute Care (EAC) 651 Albright Ave York, PA 17404 (717) 846-4490 Ext 230 or 231 Code to speak to me #11

If there is any additional documents for me to file may you please mail me the correct forms and a fee waiver form to complete as we are only allowed one hour 2x daily but no access to a printer. And I have document the Complaint to submit it is a lot. I will get them sent out once I know I have submitted the correct documents to file a lawsuit in federal Court myself as I am seeking to hire an attorney. No attorneys have contacted me back so I want to proceed to represent myself as I am telling the truth. →

*[signature]*
10/11/2024

Complaint's was also filed to the Office of Attorney general Michelle Henry's office.

La'Keya Keo
Extended Acute Core
651 Albright Ave
York, PA 17404

RECEIVED
HARRISBURG, PA
OCT 18 2024
PER ___MA___
DEPUTY CLERK

HARRISBURG PA

United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

17102-110401